UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                              Plaintiff,

                                                                <u>ORDER</u>

                                                                06-CR-6134L

                              v.

TERRELL JOHNSON,

                              Defendant.
_____

       At the conclusion of the Government's case, defendant moved for a judgment of acquittal on both counts pursuant to FED. R. CRIM. P. 29. I reserved on the motion and submitted the matter to the jury. FED. R. CRIM. P. 29(b). The jury returned a guilty verdict on both counts on June 13, 2007.

       I have considered all of defendant's arguments in support of the motion and deny the motion for judgment of acquittal in all respects as to both counts.

       IT IS SO ORDERED.

                                              _____
                                                 DAVID G. LARIMER
                                            United States District Judge

Dated: Rochester, New York
       June 15, 2007.